UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES R VELDEKENS, *et al*, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-06-3296 |
| § | |
| DOCTORS HOSPITAL 1997 LP, *et al*, § | |
| § | |
| Defendant. § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON January 8, 2007 at 2:30 p.m.**

**Appearance for Plaintiff**

Jeffery B. Kaiser
Claude Bordwine

**Appearance for Defendant**

R. Paul Yetter
Shawn M. Bates
John D. Charbonnet, Jr.
Gregg S. Weinberg

The following rulings were made:

The discovery stay remains in place. A Scheduling Order and/or the motion to remand will be addressed after the motions for summary judgment have been determined.

It is so ORDERED.

SIGNED and ENTERED this 8th day of January, 2007.

_____
Kenneth M. Hoyt
United States District Judge