UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES R VELDEKENS, *et al*, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-06-3296 |
| | § | |
| DOCTORS HOSPITAL 1997 LP, *et al*, | § § | |
| Defendant. | § § | |

## **ORDER**

The discovery stay that has been in place in this case is lifted. Any motion to remand would be pointless. Therefore, the parties are to proceed on the following trial schedule:

| | |
|---|---|
| Discovery completed by: | August 10, 2007 |
| Expert witness designation (both parties): | June 30, 2007 |
| Rebuttal expert witness by: | July 10, 2007 |
| Docket call and joint pre-trial Order at 11:30 a.m. | September 10, 2007 |

It is so Ordered.

SIGNED and ENTERED this 10th day of April, 2007.

_____
Kenneth M. Hoyt
United States District Judge