UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Charles R Veldekens, et al. | § |
| | § |
| *versus* | § Civil Action 4:06–cv–03296 |
| | § |
| GE HFS Holdings Inc, et al. | § |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on May 23, 2007, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge