UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES R. VELDEKENS, ASHRAF VELDEKENS, and TIDWELL PROPERTIES, INC., | § § § § | |
| Plaintiffs, | § | Civil Action No. H-06-3296 |
| v. | § § | (Related to Case No. 05-35291-H4-11) |
| GE HFS HOLDINGS, INC., et al., | § § | (Chapter 11) (Adversary Proceeding No. 05-3772) |
| Defendants. | § § | |

## ORDER GRANTING MODIFIED SCHEDULING ORDER

The Court having considered the parties' agreed motion to modify scheduling order finds that it is meritorious and should be granted. It is therefore Ordered that the following deadlines are amended as follows:

| Original Deadline | New Deadline | |
|---|---|---|
| June 30, 2007 | July 19, 2007 | Report of Plaintiffs' Expert Harold May |
| July 10, 2007 | August 2, 2007 | Any rebuttal expert witness to Harold May's report |

Signed this 13th day of July, 2007.

Honorable Lee H. Rosenthal
United States District Judge