UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES R. VELDEKENS, ASHRAF VELDEKENS, and TIDWELL PROPERTIES, INC., | § § § § | |
| Plaintiffs, | § § | Civil Action No. H-06-3296 |
| v. | § § | |
| GE HFS HOLDINGS, INC., et al., | § § § | (Related to Case No. 05-35291-H4-11) (Chapter 11) (Adversary Proceeding No. 05-3772) |
| Defendants. | § | |

## ORDER GRANTING MODIFIED SCHEDULING ORDER

The Court having considered the parties' agreed motion to modify scheduling order finds that it is meritorious and should be granted. It is therefore Ordered that the following deadline is amended as follows:

| Original Deadline | New Deadline | |
|---|---|---|
| August 10, 2007 | October 10, 2007 | Discovery cutoff |

This schedule is extended to allow only the following depositions to occur, subject to any further agreements of the parties, and no other discovery:

1. Diana Pennington
2. Mac Burt
3. Ashraf Veldekens
4. Harold May
5. Jeff Compton

Signed this 9th day of August, 2007.

Honorable Lee H. Rosenthal
United States District Judge