IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES VELDEKENS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-06-3296 |
| | § | |
| | § | |
| GE HFS HOLDINGS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The parties moved for an extension of the deadline for filing the joint pretrial order and docket call setting until 30 days after the court ruled on the pending cross-motions for summary judgment. That ruling issued on September 24, 2008. The joint pretrial order was due on October 24, 2008, with a docket call on October 31, 2008, at 2:00 p.m.

The plaintiffs have now moved to extend the deadline for filing the joint pretrial order until the court has ruled on their just-filed motion for reconsideration. (Docket Entry No. 51). This motion for extension is denied. The parties must file the joint pretrial order, subject to this court's ruling on the motion for reconsideration, by **October 29, 2008.** Docket call is set for **October 31, 2008, at 2:00 p.m.**

SIGNED on October 22, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge